# LAW OFFICE OF ABEL L. PIERRE
## ATTORNEY-AT-LAW, P.C.

225 BROADWAY, SUITE 1607
NEW YORK, NEW YORK 10007
TEL: (212) 766-3323
FAX: (212) 766-3322
abel@apierrelaw.com

December 4, 2009

*Via ECF*

Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza, Room N208
Brooklyn, New York 11201

**Re: Sylvester Gregg v. Kavulich & Associates, PC, *et al*.**
**Case No.: 09-2969**

Greetings Judge Reyes:

Please be advised that as per your order dated October 20, 2009, parties were to file a Stipulation of Discontinuance pursuant to a confidential settlement. This office forwarded a copy of the settlement agreement along with the Stipulation of Discontinuance to defendant on October 30, 2009. To date we have not received the signed documents. Plaintiff's phone calls have gone unheeded.

Consequently, we are respectfully requesting that the Your Honor grant an extension of the time for the parties to file the Stipulation of Discontinuance.

In light of Defendant's lack of cooperation, we are also respectfully requesting that this Court grant a conference with regards to the status of the pending settlement. We will make ourselves available as per the court's schedule.

Respectfully submitted,

/s/ Abel L. Pierre, Esq.

Abel L. Pierre, Esq.
AP-5508